IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No: 18-22844-CMB |
| | : | |
| Lisa Dawn Cefalu, | : | Chapter 13 |
| Debtor, | : | |
| _____ | : | RELATED TO Docket No: 14 |
| Lisa Dawn Cefalu, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondent, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |

### ORDER TO EXTEND DEADLINE REGARDING COMPLETION OF THE FILING OF CHAPTER 13 PETITION, SCHEDULES, CHAPTER 13 PLAN PAYMENT AND PROOF OF INCOME

**AND NOW** on this ___10th___ day of ___August___, 2018, upon consideration of Debtor's Second Motion to Extend Deadline Regarding Completion of the Filing of Chapter 13 Petition, Schedules, Chapter 13 Plan Payment and Proof of Income, it is hereby **ORDERED, ADJUDGED, AND DECREED** that said Motion is **GRANTED**. Debtor shall have until **August 13, 2018, [4 days later]** to file her Chapter 13 Schedules, Statement of Financial Affairs, Proof of Income, and all other information and forms required. No further extensions will be granted.

BY THE COURT,

*/s/ Carlota M. Bohm*
Carlota M. Bohm, Judge
United States Bankruptcy Court

FILED
8/10/18 3:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                            Case No. 18-22844-CMB
Lisa Dawn Cefalu                                                  Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2              User: culy                 Page 1 of 1                Date Rcvd: Aug 10, 2018
                                  Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2018.
db             +Lisa Dawn Cefalu,    695 Heasley Road,    Pittsburgh, PA 15223-1042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2018 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Lisa Dawn Cefalu dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4