# IN THE UNITED STATED BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-22844-CMB |
| | : | |
| Lisa Dawn Cefalu, | : | CHAPTER 13 |
| Debtor. | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

May 25, 2018

June 1, 2018

June 8, 2018

June 15, 2018

June 22, 2018

June 29, 2018

July 6, 2018

July 13, 2018

**Next Payment Advice Expected (post-filing):**

July 20, 2018

C.B.                                                                    CEFALU, LISA DAWN

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-22844-CMb |
| | : | |
| Lisa Dawn Cefalu, | : | CHAPTER 13 |
| Debtors | : | |
| | : | |
| Lisa Dawn Cefalu, | : | |
| Movant | : | Filed Pursuant to Rule 1007-4 |

## VERIFICATION REGARDING PROOF OF INCOME

I, **Lisa Dawn Cefalu**, hereby state as follows:

1.) I am employed at Brighton Collectibles, where I bring home an average of $1,974.65 per month.
2.) I live with my husband who brings home an average of $4,054.24 per month.
3.) I was required to file 2016 - 2017 tax returns; therefore I have submitted the same to the Trustee.
4.) I have submitted to the Trustee proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: August 8, 2018            /s/ Lisa Dawn Cefalu
                                Debtor

# Earnings Statement

**BRIGHTON COLLECTIBLES**
251 LONG LANE
CITY OF INDUSTRY, CA 91746
(626)968-7408

Period Beginning: 05/06/2018
Period Ending: 05/12/2018
Pay Date: 05/18/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

LISA D CEFALU
695 HEASLEY ROAD
PITTSBURGH PA 15223

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Bonus | | | 110.00 | 585.00 |
| Regular | | | | 11,464.00 |
| Other | | | | 75.00 |
| **Gross Pay** | | | **$110.00** | 12,124.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Avail. Sick | | 9.15 |
| Vac Balance | | 38.13 |

**Deductions**

Statutory
| | | |
|---|---|---|
| Social Security Tax | -6.82 | 662.47 |
| Medicare Tax | -1.59 | 154.93 |
| PA State Income Tax | -3.38 | 328.03 |
| Pittsburgh C Income Tax | -3.30 | 320.52 |
| PA SUI/SDI Tax | -0.06 | 7.27 |
| Federal Income Tax | | 582.69 |

Other
| | | |
|---|---|---|
| Hlth Svs Acct | | 260.00 |
| Hsa Reversal | | -260.00 |
| Pre Medical | | 1,179.00 |

| **Net Pay** | **$94.85** | |
|---|---|---|
| Checking | -94.85 | 1,675.54 |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $110.00

---

**BRIGHTON COLLECTIBLES**
251 LONG LANE
CITY OF INDUSTRY, CA 91746
(626)968-7408

Advice number: 00000201415
Pay date: 05/18/2018

**Deposited to the account of**
LISA D CEFALU

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5988 | xxxx xxxx | $94.85 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

**BRIGHTON COLLECTIBLES**
251 LONG LANE
CITY OF INDUSTRY, CA 91746
(626)968-7408

Period Beginning: 05/13/2018
Period Ending: 05/19/2018
Pay Date: 05/25/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

LISA D CEFALU
695 HEASLEY ROAD
PITTSBURGH PA 15223

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 36.50 | 584.00 | 12,048.00 |
| Bonus | | | | 585.00 |
| Other | | | | 75.00 |
| **Gross Pay** | | | **$584.00** | 12,708.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 36.50 | |
| Avail. Sick | | 9.85 |
| Vac Balance | | 39.53 |

**Deductions**

| Statutory | | |
|---|---|---|
| Federal Income Tax | -26.33 | 609.02 |
| Social Security Tax | -30.09 | 692.56 |
| Medicare Tax | -7.04 | 161.97 |
| PA State Income Tax | -14.90 | 342.93 |
| Pittsburgh C Income Tax | -14.56 | 335.08 |
| PA SUI/SDI Tax | -0.35 | 7.62 |

| Other | | |
|---|---|---|
| Hlth Svs Acct | -20.00* | 280.00 |
| Pre Medical | -78.60* | 1,257.60 |
| Hsa Reversal | | -280.00 |

| Adjustment | | |
|---|---|---|
| Hsa Reversal | +20.00 | |

| **Net Pay** | | **$412.13** | |
|---|---|---|---|
| Checking | | -392.13 | 2,067.67 |
| Hsa Direct Dep | | -20.00 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages
  Your federal taxable wages this period are $485.40

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

BRIGHTON COLLECTIBLES
251 LONG LANE
CITY OF INDUSTRY, CA 91746
(626)968-7408

Advice number: 00000210972
Pay date: 05/25/2018

Deposited to the account of
**LISA D CEFALU**

| account number | transit ABA | amount |
|---|---|---|
| XXXXXX5988 | XXXX XXXX | $392.13 |
| XXXXXXXXXXXX5234 | XXXX XXXX | $20.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

BRIGHTON COLLECTIBLES
251 LONG LANE
CITY OF INDUSTRY, CA 91746
(626)968-7408

Period Beginning: 05/20/2018
Period Ending: 05/26/2018
Pay Date: 06/01/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

LISA D CEFALU
695 HEASLEY ROAD
PITTSBURGH PA 15223

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 40.00 | 640.00 | 12,688.00 |
| Bonus | | | | 585.00 |
| Other | | | | 75.00 |
| **Gross Pay** | | | **$640.00** | 13,348.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -31.93 | 640.95 |
| | Social Security Tax | -33.57 | 726.13 |
| | Medicare Tax | -7.85 | 169.82 |
| | PA State Income Tax | -16.62 | 359.55 |
| | Pittsburgh C Income Tax | -16.24 | 351.32 |
| | PA SUI/SDI Tax | -0.39 | 8.01 |
| **Other** | | | |
| | Hlth Svs Acct | -20.00* | 300.00 |
| | Pre Medical | -78.60* | 1,336.20 |
| | Hsa Reversal | | -300.00 |
| **Adjustment** | | | |
| | Hsa Reversal | +20.00 | |
| **Net Pay** | | **$454.80** | |
| | Checking | -434.80 | 2,502.47 |
| | Hsa Direct Dep | -20.00 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 40.00 | |
| Avail. Sick | | 10.62 |
| Vac Balance | | 39.84 |

* Excluded from federal taxable wages
Your federal taxable wages this period are $541.40

© 2000 ADP, LLC

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

BRIGHTON COLLECTIBLES
251 LONG LANE
CITY OF INDUSTRY, CA 91746
(626)968-7408

Advice number: 00000220970
Pay date: 06/01/2018

**Deposited to the account of**
LISA D CEFALU

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5988 | xxxx xxxx | $434.80 |
| xxxxxxxxxxxx5234 | xxxx xxxx | $20.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**BRIGHTON COLLECTIBLES**
251 LONG LANE
CITY OF INDUSTRY, CA 91746
(626)968-7408

Period Beginning: 05/27/2018
Period Ending: 06/02/2018
Pay Date: 06/08/2018

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 0
    PA: N/A

LISA D CEFALU
695 HEASLEY ROAD
PITTSBURGH PA 15223

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 35.75 | 572.00 | 13,260.00 |
| Holiday | 16.0000 | 8.00 | 128.00 | 128.00 |
| Bonus | | | | 585.00 |
| Other | | | | 75.00 |
| **Gross Pay** | | | **$700.00** | 14,048.00 |

Your federal taxable wages this period are $601.40

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 35.75 | |
| Holiday Taken | | 8.00 |
| Avail. Sick | | 11.31 |
| Vac Balance | | 41.21 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -38.18 | 679.13 |
| Social Security Tax | | -37.29 | 763.42 |
| Medicare Tax | | -8.72 | 178.54 |
| PA State Income Tax | | -18.46 | 378.01 |
| Pittsburgh C Income Tax | | -18.04 | 369.36 |
| PA SUI/SDI Tax | | -0.42 | 8.43 |
| **Other** | | | |
| Hlth Svs Acct | | -20.00* | 320.00 |
| Pre Medical | | -78.60* | 1,414.80 |
| Hsa Reversal | | | -320.00 |
| **Adjustment** | | | |
| Hsa Reversal | | +20.00 | |
| **Net Pay** | | **$500.29** | |
| Checking | | -480.29 | 2,982.76 |
| Hsa Direct Dep | | -20.00 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

---

BRIGHTON COLLECTIBLES
251 LONG LANE
CITY OF INDUSTRY, CA 91746
(626)968-7408

Advice number: 00000230950
Pay date: 06/08/2018

Deposited to the account of
LISA D CEFALU

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxx5988 | xxxx | xxxx | $480.29 |
| xxxxxxxxxxxx5234 | xxxx | xxxx | $20.00 |



**NON-NEGOTIABLE**

| CO | FILE | DEPT | CLOCK | VCHR NO | 170 |
|---|---|---|---|---|---|
| TB& | 016479 | 340149 | | 0000241437 | 1 |

# Earnings Statement 

*BRIGHTON COLLECTIBLES*
*251 LONG LANE*
*CITY OF INDUSTRY, CA 91746*
*(626)968-7408*

Period Beginning: 06/03/2018
Period Ending: 06/09/2018
Pay Date: 06/15/2018

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 0
 PA: N/A

LISA  D  CEFALU
695 HEASLEY ROAD
PITTSBURGH  PA  15223

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 37.25 | 596.00 | 13,856.00 |
| Bonus | | | | 585.00 |
| Holiday | | | | 128.00 |
| Other | | | | 75.00 |
| **Gross Pay** | | | **$596.00** | 14,644.00 |

Your federal taxable wages this period are $497.40

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 37.25 | |
| Holiday Taken | | 8.00 |
| Avail. Sick | | 12.03 |
| Vac Balance | | 42.64 |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -27.53 | 706.66 |
| Social Security Tax | -30.84 | 794.26 |
| Medicare Tax | -7.21 | 185.75 |
| PA State Income Tax | -15.27 | 393.28 |
| Pittsburgh C Income Tax | -14.92 | 384.28 |
| PA SUI/SDI Tax | -0.36 | 8.79 |

Other
| | | |
|---|---|---|
| Hlth Svs Acct | -20.00* | 340.00 |
| Pre Medical | -78.60* | 1,493.40 |
| Hsa Reversal | | -340.00 |

Adjustment
| | | |
|---|---|---|
| Hsa Reversal | +20.00 | |
| **Net Pay** | **$421.27** | |
| Checking | -401.27 | 3,384.03 |
| Hsa Direct Dep | -20.00 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

© 2000 ADP, LLC

---

BRIGHTON COLLECTIBLES
251 LONG LANE
CITY OF INDUSTRY, CA 91746
(626)968-7408

Advice number: 00000241437
Pay date: 06/15/2018

Deposited to the account of
**LISA  D  CEFALU**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5988 | xxxx xxxx | $401.27 |
| xxxxxxxxxxxx5234 | xxxx xxxx | $20.00 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | NUMBER |  |
|---|---|---|---|---|---|
| TB& | 016479 | 340149 |  | 0029566919 | 1 |

## Earnings Statement

BRIGHTON COLLECTIBLES
251 LONG LANE
CITY OF INDUSTRY, CA 91746
(626)968-7408

Period Beginning: 06/03/2018
Period Ending: 06/09/2018
Pay Date: 06/15/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

LISA D CEFALU
695 HEASLEY ROAD
PITTSBURGH PA 15223

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Other |  |  | 15.55 | 90.55 |
| Regular |  |  |  | 13,856.00 |
| Bonus |  |  |  | 585.00 |
| Holiday |  |  |  | 128.00 |
| **Gross Pay** |  |  | **$15.55** | 14,659.55 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Holiday Taken |  | 8.00 |
| Avail. Sick |  | 12.03 |
| Vac Balance |  | 42.64 |

| Deductions | Statutory |  |  |
|---|---|---|---|
|  | Federal Income Tax | -3.40 | 710.06 |
|  | Social Security Tax | -0.96 | 795.22 |
|  | Medicare Tax | -0.23 | 185.98 |
|  | PA State Income Tax | -0.48 | 393.76 |
|  | Pittsburgh C Income Tax | -0.47 | 384.75 |
|  | PA SUI/SDI Tax | -0.01 | 8.80 |
|  | **Other** |  |  |
|  | Hlth Svs Acct |  | 340.00 |
|  | Hsa Reversal |  | -340.00 |
|  | Pre Medical |  | 1,493.40 |
|  | **Net Pay** | **$10.00** |  |
|  | Checking |  | 3,384.03 |
|  | **Net Check** | **$10.00** |  |

Your federal taxable wages this period are $15.55

© 2000 ADP, LLC

---

BRIGHTON COLLECTIBLES
251 LONG LANE
CITY OF INDUSTRY, CA 91746
(626)968-7408

TB&    60-162/433
Payroll check number: 0029566919
Pay date: 06/15/2018

Pay to the order of: LISA D CEFALU
This amount: TEN AND 00/100 DOLLARS          $10.00

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-428-7248
VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

THIS IS NOT A CHECK




| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| TB& | 016479 | 340149 | | 0000250971 | 1 |

# Earnings Statement

**ADP**

BRIGHTON COLLECTIBLES
251 LONG LANE
CITY OF INDUSTRY, CA 91746
(626)968-7408

Period Beginning: 06/10/2018
Period Ending: 06/16/2018
Pay Date: 06/22/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

LISA D CEFALU
695 HEASLEY ROAD
PITTSBURGH PA 15223

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 40.00 | 640.00 | 14,496.00 |
| Bonus | | | | 585.00 |
| Holiday | | | | 128.00 |
| Other | | | | 90.55 |
| **Gross Pay** | | | **$640.00** | 15,299.55 |

Your federal taxable wages this period are $541.40

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 40.00 | |
| Holiday Taken | | 8.00 |
| Avail. Sick | | 12.80 |
| Vac Balance | | 44.17 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -31.93 | 741.99 |
| | Social Security Tax | -33.57 | 828.79 |
| | Medicare Tax | -7.85 | 193.83 |
| | PA State Income Tax | -16.62 | 410.38 |
| | Pittsburgh C Income Tax | -16.24 | 400.99 |
| | PA SUI/SDI Tax | -0.38 | 9.18 |
| | **Other** | | |
| | Hlth Svs Acct | -20.00* | 360.00 |
| | Pre Medical | -78.60* | 1,572.00 |
| | Hsa Reversal | | -360.00 |
| | **Adjustment** | | |
| | Hsa Reversal | +20.00 | |
| **Net Pay** | | **$454.81** | |
| | Checking | -434.81 | 3,818.84 |
| | Hsa Direct Dep | -20.00 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

© 2000 ADP, LLC

BRIGHTON COLLECTIBLES
251 LONG LANE
CITY OF INDUSTRY, CA 91746
(626)968-7408

Advice number: 00000250971
Pay date: 06/22/2018

Deposited to the account of
LISA D CEFALU

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5988 | xxxx xxxx | $434.81 |
| xxxxxxxxxxxx5234 | xxxx xxxx | $20.00 |



THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT | CLOCK | VCHR. |
|---|---|---|---|---|
| TB& | 016479 | 340149 | | 0000260954  1 |

# Earnings Statement

ADP

BRIGHTON COLLECTIBLES
251 LONG LANE
CITY OF INDUSTRY, CA 91746
(626)968-7408

Period Beginning: 06/17/2018
Period Ending:   06/23/2018
Pay Date:        06/29/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA:      N/A

LISA D CEFALU
695 HEASLEY ROAD
PITTSBURGH PA 15223

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 38.25 | 612.00 | 15,108.00 |
| Bonus | | | | 585.00 |
| Holiday | | | | 128.00 |
| Other | | | | 90.55 |
| **Gross Pay** | | | **$612.00** | 15,911.55 |

Your federal taxable wages this period are $513.40

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 38.25 | |
| Holiday Taken | | 8.00 |
| Avail. Sick | | 13.54 |
| Vac Balance | | 45.63 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -29.13 | | 771.12 |
| Social Security Tax | -31.83 | | 860.62 |
| Medicare Tax | -7.44 | | 201.27 |
| PA State Income Tax | -15.76 | | 426.14 |
| Pittsburgh C Income Tax | -15.40 | | 416.39 |
| PA SUI/SDI Tax | -0.37 | | 9.55 |
| **Other** | | | |
| Hlth Svs Acct | -20.00* | | 380.00 |
| Pre Medical | -78.60* | | 1,650.60 |
| Hsa Reversal | | | -380.00 |
| **Adjustment** | | | |
| Hsa Reversal | +20.00 | | |
| **Net Pay** | **$433.47** | | |
| Checking | -413.47 | | 4,232.31 |
| Hsa Direct Dep | -20.00 | | |
| **Net Check** | **$0.00** | | |

\* Excluded from federal taxable wages

© 2000 ADP, LLC

BRIGHTON COLLECTIBLES
251 LONG LANE
CITY OF INDUSTRY, CA 91746
(626)968-7408

Advice number:  00000260954
Pay date:       06/29/2018

Deposited to the account of
LISA D CEFALU

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5988 | xxxx xxxx | $413.47 |
| xxxxxxxxxxxx5234 | xxxx xxxx | $20.00 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| TB& | 016479 | 340149 | | 000170 | |

# Earnings Statement

**ADP**

BRIGHTON COLLECTIBLES
251 LONG LANE
CITY OF INDUSTRY, CA 91746
(626)968-7408

Period Beginning: 06/24/2018
Period Ending:   06/30/2018
Pay Date:        07/06/2018

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:   0
  PA:        N/A

LISA D CEFALU
695 HEASLEY ROAD
PITTSBURGH PA 15223

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 37.00 | 592.00 | 15,700.00 |
| Bonus | | | | 585.00 |
| Holiday | | | | 128.00 |
| Other | | | | 90.55 |
| **Gross Pay** | | | **$592.00** | 16,503.55 |

Your federal taxable wages this period are $493.40

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 37.00 | |
| Holiday Taken | | 8.00 |
| Avail. Sick | | 14.25 |
| Vac Balance | | 47.05 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -27.13 | 798.25 |
| | Social Security Tax | -30.59 | 891.21 |
| | Medicare Tax | -7.16 | 208.43 |
| | PA State Income Tax | -15.15 | 441.29 |
| | Pittsburgh C Income Tax | -14.80 | 431.19 |
| | PA SUI/SDI Tax | -0.35 | 9.90 |
| | **Other** | | |
| | Hlth Svs Acct | -20.00* | 400.00 |
| | Pre Medical | -78.60* | 1,729.20 |
| | Hsa Reversal | | -400.00 |
| | **Adjustment** | | |
| | Hsa Reversal | +20.00 | |
| **Net Pay** | | **$418.22** | |
| | Checking | -398.22 | 4,630.53 |
| | Hsa Direct Dep | -20.00 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

© 2000 ADP, LLC

BRIGHTON COLLECTIBLES
251 LONG LANE
CITY OF INDUSTRY, CA 91746
(626)968-7408

Advice number:  00000270969
Pay date:       07/06/2018

Deposited to the account of
LISA D CEFALU

| account number | transit ABA | amount |
|---|---|---|
| xxxxx5988 | xxxx xxxx | $398.22 |
| xxxxxxxxxxxx5234 | xxxx xxxx | $20.00 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

# Earnings Statement

ADP

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| TB& | 016479 | 340149 | 00 | 170 |

BRIGHTON COLLECTIBLES
251 LONG LANE
CITY OF INDUSTRY, CA 91746
(626)968-7408

Period Beginning: 07/01/2018
Period Ending:   07/07/2018
Pay Date:        07/13/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA:      N/A

LISA D CEFALU
695 HEASLEY ROAD
PITTSBURGH PA 15223

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 31.25 | 500.00 | 16,200.00 |
| Holiday | 16.0000 | 8.00 | 128.00 | 256.00 |
| Bonus | | | | 585.00 |
| Other | | | | 90.55 |
| **Gross Pay** | | | **$628.00** | 17,131.55 |

Your federal taxable wages this period are $529.40

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 31.25 | |
| Holiday Taken | | 16.00 |
| Avail. Sick | | 14.85 |
| Vac Balance | | 48.25 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -30.73 | 828.98 |
| | Social Security Tax | -32.82 | 924.03 |
| | Medicare Tax | -7.67 | 216.10 |
| | PA State Income Tax | -16.25 | 457.54 |
| | Pittsburgh C Income Tax | -15.88 | 447.07 |
| | PA SUI/SDI Tax | -0.38 | 10.28 |
| | **Other** | | |
| | Hlth Svs Acct | -20.00* | 420.00 |
| | Pre Medical | -78.60* | 1,807.80 |
| | Hsa Reversal | | -420.00 |
| | **Adjustment** | | |
| | Hsa Reversal | +20.00 | |
| | **Net Pay** | **$445.67** | |
| | Checking | -425.67 | 5,056.20 |
| | Hsa Direct Dep | -20.00 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

© 2000 ADP, LLC

---

BRIGHTON COLLECTIBLES
251 LONG LANE
CITY OF INDUSTRY, CA 91746
(626)968-7408

Advice number:  00000280962
Pay date:       07/13/2018

Deposited to the account of
LISA D CEFALU



| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5988 | xxxx xxxx | $425.67 |
| xxxxxxxxxxxx5234 | xxxx xxxx | $20.00 |

NON-NEGOTIABLE