| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Lisa Dawn Cefalu** | Social Security number or ITIN  **xxx–xx–4586** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter  **13**  **7/16/18** |
| Case number:  **18–22844–CMB** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                                         12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| 1. **Debtor's full name** | Lisa Dawn Cefalu | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 695 Heasley Road<br>Pittsburgh, PA 15223 | |
| 4. **Debtor's attorney**<br>Name and address | Daniel P. Foster<br>Foster Law Offices<br>PO Box 966<br>Meadville, PA 16335 | Contact phone 814.724.1165<br><br>Email:  dan@mrdebtbuster.com |
| 5. **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email:  cmecf@chapter13trusteewdpa.com |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 8/13/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | September 24, 2018 at 10:00 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/23/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/24/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/12/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**9/24/18** at **10:00 AM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                  Case No. 18-22844-CMB
Lisa Dawn Cefalu                                                        Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-2           User: culy                   Page 1 of 2              Date Rcvd: Aug 13, 2018
                               Form ID: 309I                Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2018.
db             +Lisa Dawn Cefalu,    695 Heasley Road,    Pittsburgh, PA 15223-1042
aty            +James Warmbrodt,    KML Law Group, P.C.,   701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
14882664       +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3026
14881806       +MedExpress Billing,    PO Box 14000,   Belfast, ME 04915-4033
14881808       +Pnc Mortgage,    Po Box 8703,   Dayton, OH 45401-8703
14881819       +UPMC Health Services,    PO Box 371472,   Pittsburgh, PA 15250-7472

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: dan@mrdebtbuster.com Aug 14 2018 01:56:21      Daniel P. Foster,
                 Foster Law Offices,    PO Box 966,   Meadville, PA  16335
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 14 2018 01:56:58      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Aug 14 2018 01:57:04
                 Office of the United States Trustee,    Liberty Center.,   1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr             +EDI: AISACG.COM Aug 14 2018 05:33:00      Capital One Auto Finance, a division of Capital On,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14881792        EDI: BANKAMER.COM Aug 14 2018 05:33:00      Bank Of America,    Po Box 982238,
                 El Paso, TX 79998
14881793        EDI: CAPITALONE.COM Aug 14 2018 05:33:00      Capital One,   15000 Capital One Drive,
                 Richmond, VA 23238
14881794       +EDI: CAPONEAUTO.COM Aug 14 2018 05:33:00      Capital One Auto Finance,    3901 Dallas Parkway,
                 Plano, TX 75093-7864
14883877       +EDI: AISACG.COM Aug 14 2018 05:33:00      Capital One Auto Finance, a division of Capital On,
                 P.O. Box 4360,   Houston, TX 77210-4360
14881795       +EDI: WFNNB.COM Aug 14 2018 05:33:00      Cb / Talbots,    Po Box 182789,
                 Columbus, OH 43218-2789
14881796       +EDI: CHASE.COM Aug 14 2018 05:33:00      Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
14881797       +EDI: CITICORP.COM Aug 14 2018 05:33:00      Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
14881799       +EDI: WFNNB.COM Aug 14 2018 05:33:00      Comenity Bank / Lane Bryant,    Po Box 182789,
                 Columbus, OH 43218-2789
14881800       +EDI: WFNNB.COM Aug 14 2018 05:33:00      Comenity Bank / Talbots,    Po Box 182789,
                 Columbus, OH 43218-2789
14881801       +EDI: WFNNB.COM Aug 14 2018 05:33:00      Comenity Capital Bank / HSN,    Po Box 182120,
                 Columbus, OH 43218-2120
14881802       +EDI: WFNNB.COM Aug 14 2018 05:33:00      Comenity Capital Bank / J. Jill,    Po Box 182120,
                 Columbus, OH 43218-2120
14881803       +EDI: WFNNB.COM Aug 14 2018 05:33:00      Comenity Capital Bank / Ulta Mc,    Po Box 182120,
                 Columbus, OH 43218-2120
14881804       +EDI: TSYS2.COM Aug 14 2018 05:33:00      Dsnb Macys,   Po Box 8218,    Mason, OH 45040-8218
14881805        EDI: CBSKOHLS.COM Aug 14 2018 05:33:00      Kohls / Capital One,
                 N56 West 17000 Ridgewood Drive,    Menomonee Falls, WI 53051
14881807       +E-mail/Text: bnc@nordstrom.com Aug 14 2018 01:56:35      Nordstrom / TD Bank Usa,
                 13531 East Caley Avenue,    Englewood, CO 80111-6505
14882239       +EDI: PRA.COM Aug 14 2018 05:33:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14881809       +E-mail/Text: bankruptcynotices@psecu.com Aug 14 2018 01:57:37      PSECU,    1500 Elmerton Avenue,
                 Harrisburg, PA 17110-9214
14881811       +EDI: SEARS.COM Aug 14 2018 05:33:00      Sears / Cbna,   Po Box 6282,
                 Sioux Falls, SD 57117-6282
14881810       +EDI: SEARS.COM Aug 14 2018 05:33:00      Sears / Cbna,   Po Box 6283,
                 Sioux Falls, SD 57117-6283
14881812       +EDI: RMSC.COM Aug 14 2018 05:33:00      Syncb / Gap,   Po Box 965005,    Orlando, FL 32896-5005
14881813       +EDI: RMSC.COM Aug 14 2018 05:33:00      Syncb / JCPenney,    Po Box 965007,
                 Orlando, FL 32896-5007
14881814       +EDI: RMSC.COM Aug 14 2018 05:33:00      Syncb / Lens Crafters,    Po Box 965036,
                 Orlando, FL 32896-5036
14881815       +EDI: RMSC.COM Aug 14 2018 05:33:00      Syncb / QVC,   Po Box 965018,    Orlando, FL 32896-5018
14881816       +EDI: WTRRNBANK.COM Aug 14 2018 05:33:00      Td Bank Usa / Target Credit,    Po Box 673,
                 Minneapolis, MN 55440-0673
14881817       +EDI: CITICORP.COM Aug 14 2018 05:33:00      The Home Depot / Cbna,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
14881818       +E-mail/Text: bankruptcydepartment@tsico.com Aug 14 2018 01:57:40
                 Transworld Systems Inc / 51,    PO Box 15273,   Wilmington, DE 19850-5273
14881798        E-mail/Text: creditreconciliation@peoples.com Aug 14 2018 01:57:07      Citizens Bank,
                 1000 Lafayette Boulevard,    Bridgeport, CT 06604
                                                                                              TOTAL: 31
```

```
District/off: 0315-2           User: culy                   Page 2 of 2              Date Rcvd: Aug 13, 2018
                               Form ID: 309I                Total Noticed: 38

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               PNC Bank National Association
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2018 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Lisa Dawn Cefalu dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James   Warmbrodt    on behalf of Creditor   PNC Bank National Association bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```