IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | CASE NO. 18-22844-CMB |
| | : | |
| Lisa Dawn Cefalu, | : | CHAPTER 13 |
|     Debtor, | : | |
| | : | MOTION NO.: WO - 1 |
| Lisa Dawn Cefalu, | : | |
|     Movant, | : | RELATED TO DOCKET NO.: 29 |
| | : | |
| vs. | : | |
| | : | |
| Brighton Collectibles, | : | |
| | : | |
|     and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee. | : | |
|     Respondents. | : | |
| | : | |
| Social Security No. xxx-xx- 4586 | : | |

## ORDER TO TERMINATE WAGE ATTACHMENT

Upon representation of the above-named Debtor(s), having filed a Chapter 13 petition and having moved to attach wages to fund the Chapter 13 Plan

**IT IS, THEREFORE, ORDERED** that the wage attachment currently in place with Brighton Collectibles is terminated.

**IT IS FURTHER ORDERED** that this Order supersedes any previous order made to the above-named entity.

**IT IS FUTHER ORDERED** that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed upon application to the and Order of this Court.

DATED THIS __26th__ day of _____September_____, 2018

*/s/ Carlota M. Böhm*    **dmr**
Carlota M. Bohm, Chief Judge
U.S. Bankruptcy Judge

FILED
9/26/18 12:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Lisa Dawn Cefalu  
    Debtor

Case No. 18-22844-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Sep 26, 2018  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2018.  
db         +Lisa Dawn Cefalu,   695 Heasley Road,    Pittsburgh, PA 15223-1042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2018 at the address(es) listed below:  
        Daniel P. Foster    on behalf of Debtor Lisa Dawn Cefalu dan@mrdebtbuster.com,  
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
        James Warmbrodt    on behalf of Creditor   PNC Bank National Association bkgroup@kmllawgroup.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                            TOTAL: 4