**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 18-22844-CMB |
| | : | |
| **Lisa Dawn Cefalu,** | : | CHAPTER 13 |
| Debtor, | : | |
| _____ | : | RELATED TO DOCKET NO.: 36 & 41 |
| **Lisa Dawn Cefalu,** | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

### CERTIFICATE OF SERVICE

I, Clarissa Bayhurst, Head Paralegal of Foster Law Offices, certify under penalty of perjury that I served the Amended Chapter 13 Plan and Order on the parties listed below by First Class Pre-Paid United States mail.

Date Served: <u>October 2, 2018</u>                                                    Respectfully submitted,
                                                                                                      /s/ Clarissa Bayhurst
                                                                                                      Clarissa Bayhurst
                                                                                                      Head Paralegal
                                                                                                      Foster Law Offices
                                                                                                      PO Box 966
                                                                                                      Meadville, PA 16335
                                                                                                      Tel: (814) 724-1165
                                                                                                      Fax: (814) 724-1158

MAILING MATRIX

Capital One Auto Finance
3901 Dallas Parkway
Plano, TX 75093-7864

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Chase Card
Po Box 15298
Wilmington, DE 19850-5298

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Comenity Bank / Talbots
Po Box 182789
Columbus, OH 43218-2789

Comenity Capital Bank / Ulta Mc
Po Box 182120
Columbus, OH 43218-2120

Nordstrom / TD Bank Usa
13531 East Caley Avenue
Englewood, CO 80111-6505

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Capital One Auto Finance, a division of Capi
P.O. Box 4360
Houston, TX 77210-4360

Cb / Talbots
Po Box 182789
Columbus, OH 43218-2789

Citi
Po Box 6241
Sioux Falls, SD 57117-6241

Citizens Bank N.A.
1 Citizens Drive Mailstop ROP15B
Riverside, RI 02915-3026

Comenity Capital Bank / HSN
Po Box 182120
Columbus, OH 43218-2120

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

Kohls / Capital One
N56 West 17000 Ridgewood Drive
Menomonee Falls, WI 53051

Nordstrom, Inc.
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One Auto Finance, a division of Capi
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Lisa Dawn Cefalu
695 Heasley Road
Pittsburgh, PA 15223-1042

Citibank, N.A.
Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57104-0493

Comenity Bank / Lane Bryant
Po Box 182789
Columbus, OH 43218-2789

Comenity Capital Bank / J. Jill
Po Box 182120
Columbus, OH 43218-2120

Dsnb Macys
Po Box 8218
Mason, OH 45040-8218

MedExpress Billing
PO Box 14000
Belfast, ME 04915-4033

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

PNC Bank, N.A.
3232 Newmark Drive
Miamisburg, OH 45342-5421

PNC Bank, N.A.
PO Box 94982
Cleveland, OH 44101-4982

PRA Receivables Management, LLC
claims@recoverycorp.com

PSECU
1500 Elmerton Avenue
Harrisburg, PA 17110-9214

PSECU
PO BOX 67013
HARRISBURG, PA 17106-7013

Pnc Mortgage
Po Box 8703
Dayton, OH 45401-8703

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

Syncb / Gap
Po Box 965005
Orlando, FL 32896-5005

Syncb / QVC
Po Box 965018
Orlando, FL 32896-5018

The Home Depot / Cbna
Po Box 6497
Sioux Falls, SD 57117-6497

UPMC Physician Services
PO Box 1123
Minneapolis, MN 55440-1123

Sears / Cbna
Po Box 6282
Sioux Falls, SD 57117-6282

Syncb / JCPenney
Po Box 965007
Orlando, FL 32896-5007

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Transworld Systems Inc / 51
PO Box 15273
Wilmington, DE 19850-5273

James Warmbrodt
KML Law Group, P.C.
bkgroup@kmllawgroup.com

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Sears / Cbna
Po Box 6283
Sioux Falls, SD 57117-6283

Syncb / Lens Crafters
Po Box 965036
Orlando, FL 32896-5036

Td Bank Usa / Target Credit
Po Box 673
Minneapolis, MN 55440-0673

UPMC Health Services
PO Box 371472
Pittsburgh, PA 15250-7472

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com