IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | CASE NO. 18-22844-CMB |
| | : | |
| Lisa Dawn Cefalu, | : | CHAPTER 13 |
|     Debtor, | : | |
| | : | MOTION NO.: WO - 1 |
| Lisa Dawn Cefalu, | : | |
|     Movant, | : | RELATED TO DOCKET NO.: 57 |
| | : | |
| vs. | : | |
| | : | |
| Ulta Salon Cosmetics & Fragrance, Inc., | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee. | : | |
|     Respondents. | : | |
| | : | |
| Social Security No. xxx-xx- 4586 | : | |

## ORDER TO TERMINATE WAGE ATTACHMENT

Upon representation of the above-named Debtor(s), having filed a Chapter 13 petition and having moved to attach wages to fund the Chapter 13 Plan

**IT IS, THEREFORE, ORDERED** that the wage attachment currently in place with Ulta Salon Cosmetics & Fragrance, Inc. is terminated.

**IT IS FURTHER ORDERED** that this Order supersedes any previous order made to the above-named entity.

**IT IS FUTHER ORDERED** that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed upon application to the and Order of this Court.

DATED THIS ___26th___ day of ___July_____, 2019

FILED
7/26/19 12:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Bohm, Chief Judge    **dmk**
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 18-22844-CMB
Lisa Dawn Cefalu                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 1              Date Rcvd: Jul 26, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2019.
db             +Lisa Dawn Cefalu,    695 Heasley Road,    Pittsburgh, PA 15223-1042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2019 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Lisa Dawn Cefalu dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4