**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 18-22844-CMB |
| | : | |
| Lisa Dawn Cefalu, | : | CHAPTER 13 |
|     Debtor, | : | |
| | : | MOTION NO.: WO - 1 |
| Lisa Dawn Cefalu, | : | |
|     Movant, | : | RELATED TO DOCKET NO.: 60 |
| | : | |
| vs. | : | |
| | : | |
| Macy's, Inc., | : | |
| | : | |
|     and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee. | : | |
|     Respondents. | : | |

# CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: July 29, 2019                By: /s/ Clarissa Bayhurst
                                          CLARISSA BAYHURST, PARALEGAL
                                          FOSTER LAW OFFICES
                                          Po Box 966
                                          Meadville, PA 16335
                                          Tel 814.724.1165
                                          Fax 814.724.1158

*Parties served by the court electronically were not served by regular mail

# MATRIX

**MACY'S INC**
**1000 ROSS PARK MALL DRIVE**
**PITTSBURGH PA 15327**