**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> LISA DAWN CEFALU <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>     vs. <br> No Respondents. | Case No.:18-22844 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 26, 2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/16/2018 and confirmed on 9/28/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 23,481.54 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 23,481.54 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 1,076.75 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,576.75 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7538 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7538 | | | | |
|   CAPITAL ONE AUTO FINANCE - DIV CAPIT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5789 | | | | |
|     \*\*\*N O N E\*\*\* | | | | |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ\*\* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LISA DAWN CEFALU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES\*\* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ\*\* | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     \*\*\*N O N E\*\*\* | | | | |
| **Unsecured** | | | | |
|   CAPITAL ONE\*\* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2726 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENIT | 1,336.91 | 472.18 | 0.00 | 472.18 |
|     Acct: 9331 | | | | |
|   CHASE(\*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4717 | | | | |
|   CITIBANK NA\*\* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0115 | | | | |
|   CITIZENS BANK NA | 6,562.73 | 2,317.89 | 0.00 | 2,317.89 |
|     Acct: 7604 | | | | |
|   COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0677 | | | | |
|   QUANTUM3 GROUP LLC - AGENT COMEN | 1,092.20 | 385.75 | 0.00 | 385.75 |
|     Acct: 6426 | | | | |
|   QUANTUM3 GROUP LLC - AGENT COMEN | 3,139.92 | 1,108.99 | 0.00 | 1,108.99 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 3729 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 3,450.34 | 1,218.63 | 0.00 | 1,218.63 |
| Acct: 5990 | | | | |
| CAPITAL ONE NA** | 202.07 | 71.37 | 0.00 | 71.37 |
| Acct: 6969 | | | | |
| MED EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3908 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 5,142.69 | 1,816.35 | 0.00 | 1,816.35 |
| Acct: 0971 | | | | |
| PA STATE EMPLOYEES CU/PSECU | 13,983.81 | 4,938.94 | 0.00 | 4,938.94 |
| Acct: 4586 | | | | |
| CITIBANK NA** | 3,057.20 | 1,079.77 | 0.00 | 1,079.77 |
| Acct: 2932 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5517 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1197 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6052 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 419.94 | 148.32 | 0.00 | 148.32 |
| Acct: 9716 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7162 | | | | |
| TD BANK USA NA** | 8,836.97 | 3,121.13 | 0.00 | 3,121.13 |
| Acct: 1171 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 1,576.03 | 556.64 | 0.00 | 556.64 |
| Acct: 3258 | | | | |
| UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UPMC PHYSICIAN SERVICES | 703.65 | 248.52 | 0.00 | 248.52 |
| Acct: 4586 | | | | |
| PNC BANK NA | 4,021.37 | 1,420.31 | 0.00 | 1,420.31 |
| Acct: 2772 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9716 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PETE CEFALU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 18,904.79 |

| | | | | |
|---|---|---|---|---:|
| TOTAL PAID TO CREDITORS | | | | 18,904.79 |

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 0.00 |
| UNSECURED | 53,525.83 |

Date: 02/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
LISA DAWN CEFALU

        Debtor(s)

Ronda J. Winnecour
        Movant
        vs.
No Repondents.

Case No.:18-22844

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22844-CMB |
| Lisa Dawn Cefalu | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Feb 28, 2024 | Form ID: pdf900 | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Dawn Cefalu, 695 Heasley Road, Pittsburgh, PA 15223-1042 |
| 14881805 | | Kohls / Capital One, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 29 2024 00:39:20 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14881792 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 29 2024 00:25:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14881793 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 29 2024 00:27:45 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14882664 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 29 2024 00:25:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14881794 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 29 2024 00:28:12 | Capital One Auto Finance, 3901 Dallas Parkway, Plano, TX 75093-7864 |
| 14883877 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 29 2024 00:28:28 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14913903 | | Email/PDF: bncnotices@becket-lee.com | Feb 29 2024 09:43:10 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14881795 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 29 2024 00:26:00 | Cb / Talbots, Po Box 182789, Columbus, OH 43218-2789 |
| 14881797 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 29 2024 00:27:46 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14920298 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 29 2024 00:28:14 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14881798 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 29 2024 00:25:00 | Citizens Bank, 1000 Lafayette Boulevard, Bridgeport, CT 06604-4725 |
| 14881799 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 29 2024 00:26:00 | Comenity Bank / Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14881800 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 29 2024 00:26:00 | Comenity Bank / Talbots, Po Box 182789, Columbus, OH 43218-2789 |
| 14881801 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 29 2024 00:26:00 | Comenity Capital Bank / HSN, Po Box 182120, Columbus, OH 43218-2120 |
| 14881802 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 29 2024 00:26:00 | Comenity Capital Bank / J. Jill, Po Box 182120, Columbus, OH 43218-2120 |
| 14881803 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14881804 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 29 2024 00:26:00 | Comenity Capital Bank / Ulta Mc, Po Box 182120, Columbus, OH 43218-2120 |
| 14918978 | | Email/Text: bnc-quantum@quantum3group.com | Feb 29 2024 00:51:36 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| | | | Feb 29 2024 00:26:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14881796 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 29 2024 00:51:45 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14881806 | ^ | MEBN | Feb 29 2024 00:14:54 | MedExpress Billing, PO Box 14000, Belfast, ME 04915-4033 |
| 14881807 | + | Email/Text: bnc@nordstrom.com | Feb 29 2024 00:25:34 | Nordstrom / TD Bank Usa, 13531 East Caley Avenue, Englewood, CO 80111-6505 |
| 14912531 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 29 2024 00:26:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14915022 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 29 2024 00:25:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14918530 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 29 2024 00:25:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14881808 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 29 2024 00:25:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14917752 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 29 2024 00:38:50 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14882239 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 29 2024 00:28:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14914003 | + | Email/Text: bankruptcynotices@psecu.com | Feb 29 2024 00:26:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14881809 | + | Email/Text: bankruptcynotices@psecu.com | Feb 29 2024 00:26:00 | PSECU, 1500 Elmerton Avenue, Harrisburg, PA 17110-9214 |
| 14915548 | | Email/Text: bnc-quantum@quantum3group.com | Feb 29 2024 00:26:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14915547 | | Email/Text: bnc-quantum@quantum3group.com | Feb 29 2024 00:26:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14881811 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 29 2024 00:50:39 | Sears / Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14881810 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 29 2024 00:28:13 | Sears / Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14881812 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 29 2024 00:39:59 | Syncb / Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 14881813 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 29 2024 00:38:50 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 14881814 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 29 2024 00:39:41 | Syncb / Lens Crafters, Po Box 965036, Orlando, FL 32896-5036 |
| 14881815 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 29 2024 00:28:08 | Syncb / QVC, Po Box 965018, Orlando, FL 32896-5018 |
| 14920161 | + | Email/Text: bncmail@w-legal.com | Feb 29 2024 00:26:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14881816 | + | Email/Text: bncmail@w-legal.com | Feb 29 2024 00:26:00 | Td Bank Usa / Target Credit, Po Box 673, Minneapolis, MN 55440-0673 |
| 14881817 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 29 2024 00:28:29 | The Home Depot / Cbna, Po Box 6497, Sioux |

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 28, 2024 | Form ID: pdf900 | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| | | | | Falls, SD 57117-6497 |
| 14881818 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 29 2024 00:26:00 | Transworld Systems Inc / 51, PO Box 15273, Wilmington, DE 19850-5273 |
| 14881819 | ^ | MEBN | Feb 29 2024 00:14:51 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14915055 | | Email/Text: BNCnotices@dcmservices.com | Feb 29 2024 00:25:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 43

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Mar 01, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Lisa Dawn Cefalu dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4