**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Lisa Dawn Cefalu <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4586 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 18–22844–CMB | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Lisa Dawn Cefalu

  <u>4/16/24</u>                                         **By the court:** <u>Carlota M Bohm</u>
                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-22844-CMB
Lisa Dawn Cefalu     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Apr 16, 2024     Form ID: 3180W     Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Dawn Cefalu, 695 Heasley Road, Pittsburgh, PA 15223-1042 |
| 14881805 | | Kohls / Capital One, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 17 2024 03:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 16 2024 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 17 2024 03:35:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 16 2024 23:51:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Apr 17 2024 03:35:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14881792 | + | EDI: BANKAMER | Apr 17 2024 03:35:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14881793 | | EDI: CAPITALONE.COM | Apr 17 2024 03:35:00 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14882664 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 16 2024 23:50:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14881794 | + | EDI: CAPONEAUTO.COM | Apr 17 2024 03:35:00 | Capital One Auto Finance, 3901 Dallas Parkway, Plano, TX 75093-7864 |
| 14883877 | + | EDI: AISACG.COM | Apr 17 2024 03:35:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14913903 | | Email/PDF: bncnotices@becket-lee.com | Apr 17 2024 00:00:46 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14881795 | + | EDI: WFNNB.COM | Apr 17 2024 03:35:00 | Cb / Talbots, Po Box 182789, Columbus, OH 43218-2789 |
| 14881797 | + | EDI: CITICORP | Apr 17 2024 03:35:00 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14920298 | + | EDI: CITICORP | | |

Case 18-22844-CMB   Doc 96   Filed 04/18/24   Entered 04/19/24 00:30:28   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Apr 16, 2024 | Form ID: 3180W | Total Noticed: 47 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | Apr 17 2024 03:35:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14881798 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 16 2024 23:50:00 | Citizens Bank, 1000 Lafayette Boulevard, Bridgeport, CT 06604-4725 |
| 14881799 | + | EDI: WFNNB.COM | Apr 17 2024 03:35:00 | Comenity Bank / Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14881800 | + | EDI: WFNNB.COM | Apr 17 2024 03:35:00 | Comenity Bank / Talbots, Po Box 182789, Columbus, OH 43218-2789 |
| 14881801 | + | EDI: WFNNB.COM | Apr 17 2024 03:35:00 | Comenity Capital Bank / HSN, Po Box 182120, Columbus, OH 43218-2120 |
| 14881802 | + | EDI: WFNNB.COM | Apr 17 2024 03:35:00 | Comenity Capital Bank / J. Jill, Po Box 182120, Columbus, OH 43218-2120 |
| 14881803 | + | EDI: WFNNB.COM | Apr 17 2024 03:35:00 | Comenity Capital Bank / Ulta Mc, Po Box 182120, Columbus, OH 43218-2120 |
| 14881804 | | EDI: CITICORP | Apr 17 2024 03:35:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14918978 | | EDI: Q3G.COM | Apr 17 2024 03:35:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14881796 | | EDI: JPMORGANCHASE | Apr 17 2024 03:35:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14881806 | ^ | MEBN | Apr 16 2024 23:38:13 | MedExpress Billing, PO Box 14000, Belfast, ME 04915-4033 |
| 14881807 | + | Email/Text: bnc@nordstrom.com | Apr 16 2024 23:51:29 | Nordstrom / TD Bank Usa, 13531 East Caley Avenue, Englewood, CO 80111-6505 |
| 14912531 | + | EDI: JEFFERSONCAP.COM | Apr 17 2024 03:35:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14915022 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2024 23:50:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14918530 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2024 23:50:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14881808 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2024 23:50:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14917752 | | EDI: PRA.COM | Apr 17 2024 03:35:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14882239 | + | EDI: PRA.COM | Apr 17 2024 03:35:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14914003 | + | Email/Text: bankruptcynotices@psecu.com | Apr 16 2024 23:52:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14881809 | + | Email/Text: bankruptcynotices@psecu.com | Apr 16 2024 23:52:00 | PSECU, 1500 Elmerton Avenue, Harrisburg, PA 17110-9214 |
| 14915548 | | EDI: Q3G.COM | Apr 17 2024 03:35:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14915547 | | EDI: Q3G.COM | Apr 17 2024 03:35:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14881811 | + | EDI: CITICORP | Apr 17 2024 03:35:00 | Sears / Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14881810 | + | EDI: CITICORP | Apr 17 2024 03:35:00 | Sears / Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14881812 | + | EDI: SYNC | Apr 17 2024 03:35:00 | Syncb / Gap, Po Box 965005, Orlando, FL 32896-5005 |

Case 18-22844-CMB   Doc 96   Filed 04/18/24   Entered 04/19/24 00:30:28   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 16, 2024 | Form ID: 3180W | Total Noticed: 47 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14881813 | + | EDI: SYNC | Apr 17 2024 03:35:00 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 14881814 | + | EDI: SYNC | Apr 17 2024 03:35:00 | Syncb / Lens Crafters, Po Box 965036, Orlando, FL 32896-5036 |
| 14881815 | + | EDI: SYNC | Apr 17 2024 03:35:00 | Syncb / QVC, Po Box 965018, Orlando, FL 32896-5018 |
| 14920161 | + | Email/Text: bncmail@w-legal.com | Apr 16 2024 23:52:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14881816 | + | EDI: WTRRNBANK.COM | Apr 17 2024 03:35:00 | Td Bank Usa / Target Credit, Po Box 673, Minneapolis, MN 55440-0673 |
| 14881817 | + | EDI: CITICORP | Apr 17 2024 03:35:00 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14881818 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 16 2024 23:52:00 | Transworld Systems Inc / 51, PO Box 15273, Wilmington, DE 19850-5273 |
| 14881819 | ^ | MEBN | Apr 16 2024 23:37:52 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14915055 |   | Email/Text: BNCnotices@dcmservices.com | Apr 16 2024 23:51:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |   | PNC Bank National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 18, 2024         Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Lisa Dawn Cefalu dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com |
| Office of the United States Trustee |   |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Apr 16, 2024 | Form ID: 3180W | Total Noticed: 47

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 4