IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
LISA DAWN CEFALU

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-22844

Chapter 13

Document No.:   91

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __16th__ day of __April__, 20 __24__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_Carlota M. Böhm_    dmr
U.S. BANKRUPTCY JUDGE

FILED
4/16/24 11:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22844-CMB |
| Lisa Dawn Cefalu | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2024 | Form ID: pdf900 | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Dawn Cefalu, 695 Heasley Road, Pittsburgh, PA 15223-1042 |
| 14881805 | | Kohls / Capital One, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 17 2024 00:00:58 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14881792 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 16 2024 23:50:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14881793 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 17 2024 00:00:01 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14882664 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 16 2024 23:50:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14881794 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 16 2024 23:59:09 | Capital One Auto Finance, 3901 Dallas Parkway, Plano, TX 75093-7864 |
| 14883877 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 17 2024 00:00:06 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14913903 | | Email/PDF: bncnotices@becket-lee.com | Apr 16 2024 23:59:32 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14881795 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2024 23:51:00 | Cb / Talbots, Po Box 182789, Columbus, OH 43218-2789 |
| 14881797 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2024 00:00:17 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14920298 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2024 00:13:42 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14881798 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 16 2024 23:50:00 | Citizens Bank, 1000 Lafayette Boulevard, Bridgeport, CT 06604-4725 |
| 14881799 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2024 23:51:00 | Comenity Bank / Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14881800 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2024 23:51:00 | Comenity Bank / Talbots, Po Box 182789, Columbus, OH 43218-2789 |
| 14881801 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2024 23:51:00 | Comenity Capital Bank / HSN, Po Box 182120, Columbus, OH 43218-2120 |
| 14881802 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2024 23:51:00 | Comenity Capital Bank / J. Jill, Po Box 182120, Columbus, OH 43218-2120 |
| 14881803 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 14881804 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2024 23:51:00 | Comenity Capital Bank / Ulta Mc, Po Box 182120, Columbus, OH 43218-2120 |
| 14918978 | Email/Text: bnc-quantum@quantum3group.com | Apr 17 2024 00:13:45 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14881796 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 16 2024 23:51:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14881806 | ^ MEBN | Apr 17 2024 00:13:32 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14881807 | + Email/Text: bnc@nordstrom.com | Apr 16 2024 23:38:20 | MedExpress Billing, PO Box 14000, Belfast, ME 04915-4033 |
| 14912531 | + Email/Text: JCAP_BNC_Notices@jcap.com | Apr 16 2024 23:51:21 | Nordstrom / TD Bank Usa, 13531 East Caley Avenue, Englewood, CO 80111-6505 |
| 14915022 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2024 23:52:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14918530 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2024 23:50:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14881808 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2024 23:50:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14917752 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 23:50:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14882239 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 23:59:10 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14914003 | + Email/Text: bankruptcynotices@psecu.com | Apr 16 2024 23:59:35 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14881809 | + Email/Text: bankruptcynotices@psecu.com | Apr 16 2024 23:52:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14915548 | Email/Text: bnc-quantum@quantum3group.com | Apr 16 2024 23:52:00 | PSECU, 1500 Elmerton Avenue, Harrisburg, PA 17110-9214 |
| 14915547 | Email/Text: bnc-quantum@quantum3group.com | Apr 16 2024 23:51:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14881811 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2024 23:51:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14881810 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2024 23:58:58 | Sears / Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14881812 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2024 23:59:01 | Sears / Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14881813 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2024 23:59:59 | Syncb / Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 14881814 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 17 2024 00:26:54 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 14881815 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2024 23:59:36 | Syncb / Lens Crafters, Po Box 965036, Orlando, FL 32896-5036 |
| 14920161 | + Email/Text: bncmail@w-legal.com | Apr 16 2024 23:59:58 | Syncb / QVC, Po Box 965018, Orlando, FL 32896-5018 |
| 14881816 | + Email/Text: bncmail@w-legal.com | Apr 16 2024 23:52:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14881817 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2024 23:51:00 | Td Bank Usa / Target Credit, Po Box 673, Minneapolis, MN 55440-0673 |
| | | Apr 17 2024 00:00:38 | The Home Depot / Cbna, Po Box 6497, Sioux |

| Recip ID | Bypass Reason | Notice Method | Date | Name and Address |
|---|---|---|---|---|
| 14881818 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 16 2024 23:52:00 | Falls, SD 57117-6497<br>Transworld Systems Inc / 51, PO Box 15273, Wilmington, DE 19850-5273 |
| 14881819 | ^ | MEBN | Apr 16 2024 23:37:54 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14915055 | | Email/Text: BNCnotices@dcmservices.com | Apr 16 2024 23:51:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 18, 2024    Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Lisa Dawn Cefalu dan@mrdebtbuster.com<br>katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4